UNITED STATES DISTICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| VALERIE MARTINEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>EL PASO POLICE DEPARTMENT, EL PASO COUNTY DETENTION FACILITY,<br><br>*Defendants*. | CIVIL ACTION NO.: 3:22-cv-350<br><br>Hon. David C. Guarderrama |

### PLAINTIFF'S VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, VALERIE MARTINEZ, in the above-captioned action, files this voluntary stipulation of dismissal without prejudice and without costs against either party pursuant to Federal Rule of Civil Procedure Rule 41.

Respectfully Submitted,

Date: June 27, 2023

/s/ *James J. Leech*
JAMES J. LEECH, ESQ.
TX State Bar No. 24070131
Cesar Ornelas Law, PLLC
11459 Huebner Road
San Antonio, TX 78230
jleech@oinjurylaw.com
Phone: (210) 957-2103
Fax: (888) 342-8033

1

2

|  |  |
|---|---|
| | **LENTO LAW GROUP, P.C.** |
| Date: <u>June 27, 2023</u> | By: _____<br>JOSEPH CANNIZZO, JR., ESQ.<br>AL State Bar No. 3584O57X<br>LENTO LAW GROUP, P.C.<br>Chase Corporate Center<br>1 Chase Corporate Center – Suite 400<br>Birmingham, Alabama 35244<br>(T) (385) 485-0600<br>(F) (313) 992-1122<br>jcannizzo@lentolawgroup.com |